

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| V. | 17-MJ-2507 |
| Omar Sanchez  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>10/16/17</u>, _____, at <u>4:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Jean Rosenbluth</u>, in Courtroom <u>690, 6th Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 10/11/2017

U.S. District Judge/Magistrate Judge